An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ANN GRALNICK,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE J.
CHARLES THOMPSON, SENIOR
JUDGE,
Respondents,
and
SUSAN ROWE-GRALNICK,
PERSONAL REPRESENTATIVE FOR
THE ESTATE OF ALAN GRALNICK,
Real Parties in Interest.

No. 63403

**FILED**

JUN 2 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

*ORDER DENYING PETITION
FOR WRIT OF MANDAMUS OR PROHIBITION*

This emergency original petition for writ of mandamus, or alternatively prohibition, challenges a district court ruling declining to enforce a previous order directing real party in interest to return previously disbursed funds.

A writ of mandamus is available to compel the performance of an act that the law requires or to control an arbitrary or capricious exercise of discretion. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). A writ of prohibition may be warranted when the district court exceeds its jurisdiction. NRS 34.320. Whether a petition for mandamus or prohibition relief will be considered is purely discretionary with this court. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). It is petitioner's burden to demonstrate that our extraordinary

13-18254

intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004).

Petitioner has not provided a written order from either the May 29 or June 6, 2013, hearings that petitioner appears to be challenging.[1] This petition is therefore improper, as an oral order is ineffective because the district court remains free to reconsider the issue. *Div. of Child & Family Servs. v. Eighth Judicial Dist. Court*, 120 Nev. 445, 451, 92 P.3d 1239, 1243 (2004). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Chief Judge, The Eighth Judicial District Court
       Hon. J. Charles Thompson, Senior Judge
       Moran Law Firm, LLC
       Abrams Law Firm, LLC
       Eighth District Court Clerk

_____

[1]Petitioner has also not provided the transcripts from either the May 29 or June 6, 2013, hearings.